UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRICK RAY BROWN,              ) | 1:06-CV-1815 AWI NEW (DLB) HC |
| )  Petitioner,                         ) | |
| )  v.                                     ) | ORDER GRANTING EXTENSION OF TIME (DOCUMENT #7) |
| )  K. MENDOZA-POWERS,       ) | |
| )  Respondent.                      ) | THIRTY DAY DEADLINE |
| _____) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 16, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated:   **May 17, 2007**                        **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE